IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES ISAAC WILSON, JR.                              PETITIONER

4:22-CV-00578 JM/PSH

DEXTER PAYNE, Director,
Arkansas Division of Correction ("ADC")                RESPONDENT

ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris, docket #15.  After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Petitioner's motion for Order, docket #12 and motion for Temporary Restraining Order, docket # 13 are denied.[1]

IT IS SO ORDERED this 26th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's motion to amend, docket # 16 is denied as moot.